AUSA:   Sean King                  Telephone:  (313) 226-9100
Special Agent:   Olivia Winey, HSI          Telephone:  (313) 226-0500

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
  v.
D-1 Xu Bai
D-2 Fengfan Zhang, and
D-3 Zhiyong Zhang

Case No.

Case: 2:25−mj−30680
Assigned To : Unassigned
Assign. Date : 11/4/2025
Description: RE: XU BAI,
FENGFAN
ZHANG, ZHIYONG ZHANG
(EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____July 2024 to October 2025_____ in the county of _Washtenaw & elsewhere_ in the
_____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| D-1 and D-2, 18 U.S.C. §§ 545, 371 | Conspiracy to Smuggle Goods into the United States. |
| D-3, 18 U.S.C. § 1001 | False Statements. |

This criminal complaint is based on these facts:

See Attached Affidavit.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Olivia Winey, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____November 4, 2025_____

_____
*Judge's signature*

City and state: _Detroit, MI_____

David R. Grand, United States Magistrate Judge
*Printed name and title*

<u>**AFFIDAVIT IN SUPPORT OF AN APPLICATION**</u>
<u>**FOR A CRIMINAL COMPLAINT**</u>

I, Olivia Winey, hereinafter referred to as the Affiant, being first duly sworn, hereby depose and state as follows:

<u>**INTRODUCTION AND AGENT BACKGROUND**</u>

1. I am a Special Agent (SA) with Homeland Security Investigations (HSI) in the Detroit Field Office.  I have been employed in this capacity since February 2025.  I am currently assigned to HSI's National Security Global Trade (NSGT) group.  NSGT is responsible for identifying, disrupting, and dismantling transnational criminal organizations or any threat to the United States and legitimate trade.  Prior to this appointment, I worked from December 2023 to February 2025 as an investigative analyst (IA) for United States Internal Revenue Service Criminal Investigations (IRS CI) where I assisted with investigating criminal violations at the federal level.

2. I received law enforcement training at the Federal Law Enforcement Training Center in Glynco, Georgia (FLETC), completing both the Criminal Investigator Training Program (CITP) and the Homeland Security Investigations Special Agent Training (HSISAT).  During CITP and HSISAT, I received instruction on both criminal law as well as customs and immigration law, and my authorities as an HSI SA in each of those areas.

3.  The evidence given herein is based upon my own investigation as well as conversations with other federal agents and individuals, interviews, physical surveillance, and records obtained through legal process.

4.  I make this affidavit in support of an application for a criminal complaint and arrest warrants charging Xu BAI ("BAI") and Fengfan ZHANG ("F. ZHANG") with violations of 18 U.S.C. §§ 545, 371 (Conspiracy to smuggle goods into the United States) related to shipments of biological materials between BAI, F. ZHANG, and Chengxuan HAN ("HAN"), and charging Zhiyong ZHANG ("Z. ZHANG") with a violation of 18 U.S.C. § 1001 (False statements).

5.  Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. §§ 545, 371 (Conspiracy to smuggle goods into the United States) have been committed by BAI and F. ZHANG and a violation of 18 U.S.C. § 1001 (False statements) has been committed by Z. ZHANG. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and arrest warrant and does not set forth all my knowledge about this matter.

## RELEVANT LAW

6. Title 18 U.S.C. § 545, entitled "Smuggling Goods into the United States" states, "Whoever fraudulently or knowingly imports or brings into the United States, any merchandise contrary to law, or receives, conceals, buys, sells, or in any manner facilitates the transportation, concealment, or sale of such merchandise after importation, knowing the same to have been imported or brought into the United States contrary to law—Shall be fined under this title or imprisoned not more than 20 years, or both."

7. Title 18 U.S.C. § 371, entitled "Conspiracy to commit offense" states, "If two or more persons conspire either to commit any offense against the United States, . . . and one or more of such persons do any act to effect the object of the conspiracy, each shall be fined under this title or imprisoned not more than five years, or both."

8. Title 18 U.S.C. § 1001, entitled "Statements or entries generally," states, "Whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully… makes any materially false, fictitious, or fraudulent statement or representation… shall be fined under this title, imprisoned not more than 5 years."

3

## PROBABLE CAUSE

### Background on Chengxuan Han

9. On June 8, 2025, Chengxuan HAN, a citizen of the People's Republic of
   China (PRC), was arrested by the Federal Bureau of Investigation (FBI) and
   HSI at the Detroit Metropolitan Airport (DTW) following an inbound
   inspection by Customs and Border Protection (CBP). HAN was arrested for
   violations of 18 U.S.C. § 545 (Smuggling goods into the United States) and
   18 U.S.C. § 1001 (False statements). HAN pleaded "no contest" to three
   counts of smuggling goods into the United States in violation of 18 U.S.C. §
   545 and one count of false statements in violation of 18 U.S.C. § 1001. She
   was sentenced to time-served and removed from the United States on
   September 11, 2025. HAN smuggled biological samples from the PRC to the
   United States on several occasions through mail prior to her arrival to the
   United States. Several parcels were intercepted by CBP and were identified
   to be mis-manifested and/or concealed. HAN, a scholar at the School of Life
   Science and Technology at the Huazhong University of Science and
   Technology (HUST), arrived in the United States as a J-1 visa holder to
   work in the University of Michigan (UM) laboratory of Xianzhong Xu, also
   known as Shawn Xu. The recipients of her intended shipments were other
   scholars holding J-1 visas who were conducting research in Xu's laboratory

4

at UM, including Xu BAI and Fengfan ZHANG. Zhiyong ZHANG was also conducting research in Xu's laboratory at UM. One of HAN's shipments, which was not intercepted by CBP and was delivered, was sent to Z. ZHANG's address, though it was addressed to "Xu Back."

10. Xu BAI is a 28-year-old male and PRC national who entered the United States on a J-1 visa as a scholar at UM on August 2, 2024. Student and Exchange Visitor Information System (SEVIS)[1] records show BAI's address of record in the United States is XXXX Kilburn Park Cir, Ann Arbor, MI. However, on October 10, 2025, agents learned from the current resident of XXXX Kilburn that BAI resided at the Kilburn residence for a few weeks, but within the last few weeks, BAI moved to a separate apartment complex near the Kellogg Eye Center. On June 5, 2025, BAI's Michigan Driver's License was reissued with the address XXXX Island Drive Ct., Apt. XXX, Ann Arbor, MI.

11. Fengfan ZHANG is a 27-year-old male and PRC national who entered the United States on a J-1 visa as a scholar at UM on September 3, 2023. His

---

[1] The Student and Exchange Visitor Information System (SEVIS) is a system used by Immigration and Customs Enforcement (ICE) to track nonimmigrant students and exchange visitors. SEVIS records are maintained by an official at the visited institution and reflect that the visitor is maintaining conditions of their immigration status. Revocation of SEVIS records puts the exchange visitor at risk of apprehension, detention, and removal.

address of record is the same as BAI's most recent address: XXXX Island

Drive Ct, Apt XXX, Ann Arbor, MI. F. ZHANG and BAI are roommates.

12.  Zhiyong ZHANG is a 30-year-old male and PRC national who entered the

United States on a J-1 visa as a scholar at UM on September 19, 2021. His

address of record in the U.S. is XXXX Maiden Lane, Apt XXX, Ann Arbor,

MI.

13. According to the UM website, the Shawn Xu laboratory studies sensory

biology, including mechanosensation, thermosensation, chemosensation,

photosensation, and nociception. The laboratory focuses on sensory

transduction, sensory processing, and sensory regulation of aging using

Caenorhabditis elegans (C. elegans)—a type of roundworm—as a model

organism.

14. According to the U.S. Department of Agriculture, the importation of C.

elegans requires a permit. The U.S. Code of Federal Regulations, in 9 CFR

§122.2, mandates that "no organisms or vectors shall be imported into the

United States or transported from one State or Territory or the District of

Columbia to another State or Territory or the District of Columbia without a

permit."

15. The mission of U.S. Customs and Border Protection (CBP) is to secure the

nation's borders including by preventing terrorists and their weapons from

6

entering the United States while also facilitating lawful trade and travel. The smuggling of shipments containing biological material presents significant challenges to this mission due to the inherent uncertainty surrounding the contents and potential risks of such shipments. This ambiguity requires CBP to treat shipments that contain these unknown biological materials with the utmost caution to determine whether they contain hazardous materials, pathogens, or even bioterrorism agents. To mitigate risks, CBP must employ rigorous inspection protocols, including specialized handling and advanced detection technologies to secure shipments crossing the United States border.  These extensive mitigation efforts are costly in terms of both resources and manpower. They are also essential to ensure the safety and security of the United States.

16. According to the U.S. Department of State (USDS), the J-1 Visa Exchange Visitor Program is administered by the USDS to promote cultural exchange and foster mutual understanding between the United States and other countries. It allows foreign nationals to participate in a variety of educational and professional exchange opportunities, including roles as scholars, researchers, and professors.  Once accepted, participants are granted a J-1 visa and registered in SEVIS.  Participants are required to adhere to the program's rules and regulations, which include engaging only in authorized

activities, maintaining their primary purpose of cultural exchange, and

complying with the specific terms of their program.

## Details of Biologics Shipments from HAN to BAI

17.  A shipment from HAN inspected and seized by CBP on March 5, 2025, was

destined for Xu BAI at XXXX Island Drive Court, Apartment XXX, Ann

Arbor, MI 48105, as follows:

> From:      HANCHENGXUAN, SCHOOL OF LIFE SCIENCE
> AND TECHNOLO, SHENZHEN, 51812,
> CHINA(MAINLAND)
>
> To:        XU BAI, XXXX ISLAND DRIVE CT, APT XXX, ANN,
> ANN ARBOR, MI 48105, UNITED STATES OF
> AMERICA.

18. Although BAI had a different registered address (XXXX Kilburn Park Cir.,

Ann Arbor, MI) when he first entered the United States, BAI's Michigan

Driver's License was reissued on June 5, 2025, with the address XXXX

Island Drive Ct., Apt. XXX, Ann Arbor.

19. The package was shipped via UPS. The label on the package was dated

February 28, 2025, and the Bill of Lading date was March 1, 2025. The

package was manifested as "doc."

20.  A CBP inspection of the package yielded a book with an envelope tucked

into the middle of the pages. The envelope contained a handwritten note

8

with 28 shapes and a labeling scheme with each shape. Nomenclature of the labels are consistent with biological materials related to C. elegans research. For example, a search of "Goa-nluc" revealed that Gαo (G-alpha-o) has been shown to modulate neural activity in C. elegans. Nluc (NanoLuc luciferase) is a small, highly stable enzyme used as a luminescent reporter protein in various biomedical research. Searches of the other labeled shapes yielded similar C. elegans-related results. The package was improperly manifested as "doc," did not contain the proper documentation for importation, and showed signs of concealment from U.S. Customs. The National Bioforensic Analysis Center determined that 28 plasmids were present on the handwritten note, including four related to C. elegans.

21. This shipment from HAN to BAI was the source of one of the three counts of violations of 18 U.S.C. § 545 (Smuggling goods into the United States) to which HAN pleaded no contest in September 2025.

22. On or about March 31, 2025, CBP Officers contacted Xu BAI regarding the intercepted package on March 5, 2025. The CBP Officers identified themselves to BAI, who was uncooperative and refused to speak to or meet with the Officers.

23.  A subsequent package was not intercepted. This package, sent via FedEx on April 4, 2025, was manifested as "DOC." FedEx provided the following shipping information regarding the package:

> From:   HAN CHENGXUAN:HUAZHONG UNIVERSITY O, LUOYU EAST ROAD WUHAN, WUHAN, 430205, CHINA(MAINLAND)
>
> To:   XU BACK:NULL, XXXX MAIDEN LN CT APT XXX, ANN ARBOR, MI 48105, UNITED STATES OF AMERICA.

24. The address for this package was associated with Z. ZHANG, though, according to FedEx database information, it was addressed to "Xu Back."

**Details of Biologics Shipments from HAN to Fengfan ZHANG**

25. Between July 3, 2024, and October 7, 2024, HAN shipped packages to Dylan Zhang, who is believed to be UM research scholar Fengfan ZHANG, at XXXX Island Drive Ct, Apt XXX, Ann Arbor, MI 48105. Three of the five shipments contained improperly manifested biologics.

   a.  On July 3, 2024, a package manifested as "glass sheet" was sent from HAN to Dylan ZHANG. The package was not inspected.

   b.  On August 30, 2024, a package manifested as "doc" was sent from HAN to Dylan ZHANG. The package was not inspected.

c.  On September 23, 2024, a package manifested as "doc" sent from
    HAN to Dylan ZHANG contained "PRK 5" plasmids.

d.  On September 29, 2024, a package manifested as "plastic plates" sent
    from HAN to Dylan ZHANG contained eight petri dishes containing
    C. elegans with genetic modifications.

e.  On October 7, 2024, a package manifested as "doc" sent from HAN to
    Dylan ZHANG contained "HA Cluk1 Rat" plasmids.

26. I believe that Dylan Zhang is also known as Fengfan ZHANG. The address
    listed on the shipping labels for Dylan Zhang is the same address on F.
    ZHANG's driver's license and F. ZHANG's SEVIS profile. In addition, the
    telephone number that appears on one of the shipping labels is the same as
    the telephone number in F. ZHANG's SEVIS profile. Finally, F. ZHANG
    admitted he received packages from HAN.

27. The shipments from September 23 and 29, 2024, from HAN to F. ZHANG,
    were the source of two of the three counts of violations of 18 U.S.C. § 545
    (Smuggling goods into the United States) to which HAN pleaded no contest
    in September 2025.

## Details of Shipments from Zhiyong ZHANG

28.  According to CBP records, on March 14, 2019, a package sent by Zhiyong ZHANG from HUST to Shawn Xu at UM was manifested as "plastic plates" but contained, upon inspection, petri dishes containing nematodes.

29. According to CBP records, on December 21, 2022, Zhiyong ZHANG was the shipper on a package sent to Zhang Jing in Wuhan, China which was manifested as "plastic plates." This shipment was not intercepted.

30. According to CBP records, on October 4, 2023, Zhiyong ZHANG was the shipper on a package sent to HK E-Instruments International Co. in Hong Kong which was manifested as "plastics plates." This shipment was not intercepted.

31. FedEx records show that Zhiyong ZHANG was also the recipient of a package from an individual affiliated with HUST in 2022. On September 29, 2022, a package manifested as "DOC" was sent from Yu Yunbo to Zhouyang Zhang at XXXX Maiden Lane Ct., Apt XXX, Ann Arbor, MI, 48105.  The listed shipper company and address is for HUST.  A review of available databases revealed Younbo was a J-1 scholar who was in the United States from November 13, 2022, to May 9, 2023, who worked under Xu at UM.

**June 8, 2025, Interviews and Arrest of Chengxuan HAN**

32. HAN arrived at DTW on June 8, 2025. After a secondary inspection by CBP Officers, HAN was interviewed by FBI and HSI agents.

33. During her secondary inspection by CBP, HAN initially denied knowing Xu BAI and denied sending any shipments from China to the United States. When confronted with the seized shipment to BAI from March 5, 2025, HAN continued to make material misrepresentations. For example, HAN stated that she sent a book to BAI because she found it interesting and wanted to share it with him. HAN told CBP that there was a "picture game" in the book that she had created and denied that the handwritten note inside the book contained research material. After further questioning by CBP, HAN admitted that the note contained plasmids. She said the shapes could be cut out and introduced into water to see if the material matched. HAN indicated she wanted to send BAI plasmids but was not sure if she was allowed to send them and therefore decided to send the package manifested as a letter instead. Further, HAN stated she was in contact with Xu BAI and obtained his address in Ann Arbor, Michigan. HAN stated Xu BAI was aware that she was sending him the package containing the plasmids. She stated BAI would be interested in the plasmids because they shared the same biology major.

13

34.  When interviewed by FBI following her secondary inspection with CBP, HAN further explained that the handwritten note contained 28 separate plasmids from her research at HUST and that she had sent it to BAI as a game with clues written above each plasmid. HAN stated BAI would sequence the plasmids to identify what they were for fun. HAN stated that BAI had contacted her regarding this shipment and told HAN that U.S. Customs had contacted him regarding the contents of this shipment. HAN denied that BAI had any knowledge of her shipments and characterized them as "surprises." HAN further stated that she lied to CBP officers during the secondary inspection when she initially denied having sent any shipments or knowing Xu BAI. HAN explained in Mandarin. She stated in substance that she knew that the FBI had called Xu BAI regarding the March 5, 2025, shipment. BAI believed the call was a scam, but HAN found out that the phone number exists. HAN stated that she knew that she sent him the package, and she thought that she may have done something wrong, and that the FBI had found BAI. HAN stated she didn't want to answer questions truthfully, so she lied to CBP when confronted about the March 5, 2025, shipment to protect BAI and herself. She emphasized that she was more concerned about BAI and others being arrested by the FBI than she was for herself.

14

35. During her interview with the FBI, HAN admitted to having sent about 5-10 packages to the United States and claimed that she was informed by Chinese couriers that several of the packages were lost in transit. HAN could not recall the details of any shipments and stated when she was notified of lost shipments, she would re-send the package. She was asked about her relationship with the recipients of the shipments, including BAI and F. ZHANG, whom she stated she knew from HUST because they studied biology.

36. Han was asked specifically if she knew Z. ZHANG. HAN acknowledged she knows Z. ZHANG from HUST and that they both majored in biology. She also specified both she and Z. ZHANG conduct research on C. elegans.

37. HAN told the FBI that she sent three shipments to F. ZHANG and that the shipments to F. ZHANG contained research materials to assist their respective research projects. In one instance, she sent F. ZHANG petri dishes containing C. elegans because HAN needed research assistance for her project. HAN stated that she wanted F. ZHANG to use a microscope at UM and provide advice on the samples. HAN stated she had a microscope in China but ultimately wanted F. ZHANG's advice. As for the plasmid shipment to F. ZHANG, she stated she wanted to "merge the information" from the plasmid with his research.

38. HAN's statements regarding F. ZHANG contrasted with her statements regarding BAI. Broadly, HAN stated she sent packages to share plasmids with F. ZHANG and BAI to assist her work. However, when questioned about the package sent to BAI, HAN became evasive. HAN stated she was aware of the U.S. government's interest in the intercepted shipment she sent to BAI because BAI informed her that the U.S. government officials contacted BAI regarding the shipment that was seized. She admitted that she lied during her CBP interview about the shipment she sent to BAI because she believed that truthful statements would have negatively implicated BAI.

### June 8, 2025, HSI Interview of F. ZHANG and Z. ZHANG

39. When HAN was arrested at DTW on June 8, 2025, F. ZHANG and Z. ZHANG, two researchers from Xu's laboratory at UM were present at DTW to pick her up. F. ZHANG and Z. ZHANG were interviewed by HSI and FBI agents at DTW while they were waiting in a car for HAN to be released. Both individuals told agents: 1) that they were friends of HAN, 2) that they worked with HAN; 3) that they were at the airport waiting to pick HAN up from her flight; and 4) that HAN would be staying at F. ZHANG's apartment in the United States. Z. ZHANG also gave a detailed description of HAN's research at UM. When asked about packages and whether F. ZHANG

received a package with petri dishes, F. ZHANG responded, "No, I never received that." F. ZHANG was also asked, "was [HAN] supposed to send you a package or anything?" and he replied, "No."

**Internal UM Investigation into Shawn Xu Lab**

40. F. ZHANG, Z. ZHANG, and BAI were all J-1 visa exchange visitors at the Shawn Xu laboratory. After HAN's arrest and removal from the United States, UM initiated an internal investigation into the Shawn Xu laboratory. F. ZHANG, Z. ZHANG, and BAI each refused to participate in the investigation, including a meeting on September 29, 2025, and were terminated by UM as a result.

41. On October 8, 2025, following their refusal to participate in the inspection, UM terminated the SEVIS records for F. ZHANG, Z. ZHANG, and BAI, which meant that these three men were no longer in compliance with their J-1 visas.

**Attempts to Locate F. ZHANG, Z. ZHANG and BAI in Ann Arbor, MI**

42.  After UM terminated their SEVIS records on October 8, 2025, F. ZHANG, Z. ZHANG, and BAI became eligible for removal by the Department of Homeland Security.

43.  CBP records revealed that on September 30, 2025, a day after they refused to meet with UM internal investigators, F. ZHANG, Z. ZHANG, and BAI booked tickets with Delta Airlines on an October 20, 2025, flight back to the PRC.

44. On October 10, 2025, federal agents attempted to locate the three men. Agents went to BAI's residence at XXXX Kilburn Park Circle, Ann Arbor, MI, F. ZHANG's residence at XXXX Island Drive Court, Apt XXX, Ann Arbor, MI, and Z. ZHANG's residence at XXXX Maiden Lane, Apt XXX, Ann Arbor, MI. None of the men were present at their residences when the agents attempted contact.

45. Federal agents spoke to Shawn Xu at his residence who stated he had not seen or spoken with any of BAI, F. ZHANG, or Z. ZHANG in more than three days and that he did not know where the three terminated researchers were currently staying or what their travel plans were.

46. Delta Airlines records show that on October 10, 2025, BAI, F. ZHANG, and Z. ZHANG changed their October 20, 2025, Delta Airlines flights from DTW to Shanghai to depart instead on October 15, 2025.

47.  On October 15, 2025, federal agents attempted to locate BAI, F. ZHANG, and Z. ZHANG at DTW ahead of their flight back to the PRC, but F. ZHANG, Z. ZHANG, and BAI never arrived at DTW for their flight. Agents

18

learned that BAI, F. ZHANG, or Z. ZHANG had also booked another flight back to the PRC with Air China, which was scheduled to depart from JFK airport in New York at approximately 2:00 a.m. on October 16, 2025.

**CBP Inspections and HSI Arrests of F. ZHANG, Z. ZHANG, and BAI on October 16, 2025**

48.  On October 16, 2025, F. ZHANG, Z. ZHANG, and BAI were located at JFK International Airport at the departure gate for an Air China Airlines flight CA982 heading to Beijing, China. BAI, F. ZHANG, and Z. ZHANG were being escorted by a Michigan attorney, who flew to JFK from Detroit on October 15, 2025, and was also booked on the same October 16, 2025, Air China flight to Beijing. CBP interviewed F. ZHANG, Z. ZHANG, and BAI.

49.  During his inspection with CBP, BAI stated that he had been conducting research on C. elegans in the Shawn Xu lab at UM and had been terminated because he did not let UM investigate his research and he did not follow proper rules and procedures of the research program. BAI said that his lawyer advised him not to take part in the UM investigation and that he planned to return to HUST to complete his doctorate in biology. BAI said that he began his research in China at the Jianfeng Liu lab at HUST, which is where he met HAN. BAI identified HAN as one of the leaders of the biology

department at HUST and a member of the Chinese Communist Party. BAI admitted to receiving packages of DNA (plasmids) from HAN after her arrest, one of which was intercepted by CBP. BAI stated he later found out about it on the news after the seizure was made public. BAI stated he last spoke with HAN before the last package was sent to him. BAI stated the purpose of the DNA was to further the research on C. elegans and that HAN also paid for packages of worms from a United States-based company to be shipped to the lab at UM for his research. A border search of BAI's phone revealed a contact for HAN and a contact for HAN's mother saved on the Chinese social media application WeChat.

50. During his inspection with CBP, F. ZHANG stated that he was traveling with Z. ZHANG, BAI and the Michigan attorney. He stated that he was returning to China to continue his second-year PhD program at HUST, and that he conducts research with Professor Jian Feng Liu at his lab in HUST. F. ZHANG stated he is conducting research on C. elegans worms. F. ZHANG stated he had been conducting research at UM on C. elegans worms and that he was working under Professor Shawn Xu at the Shawn Xu Lab. F. ZHANG stated that he and his co-travelers were fired from UM for not cooperating with UM's investigation on their research and for their failure to follow the research program's rules and procedures. F. ZHANG admitted he

knew HAN, whom he identified as a member of the Chinese Communist
Party and as one of the leaders of the biology department of HUST's College
of Life Science and Technology, Key Laboratory of Molecular Biophysics of
the Ministry of Education, in Wuhan, China. F. ZHANG admitted he
received shipments of glass covers from HAN after she had been removed
from the United States. A border search of F. ZHANG's phone revealed a
contact for HAN saved on the Chinese social media application WeChat.

51. During his inspection with CBP, Zhiyong ZHANG stated he was departing
the United States with F. ZHANG and BAI. Z. ZHANG stated he had been
in the United States since September 2021 conducting research at UM on
biophysics with a focus on neuroscience for model organisms, specifically
C. elegans, also known as roundworms. Z. ZHANG identified Shawn Xu as
his UM advisor, and stated Xu would instruct him on research subjects. Z.
ZHANG stated that he was a student at HUST before moving to the United
States. When asked about HAN, Z. ZHANG claimed that he was aware of
who she is due to seeing her on the news but denied working with her. When
asked directly by CBP if he had ever met HAN, Z. ZHANG said "no." He
told CBP that HAN was a member of the Chinese Communist Party but was
unable to explain how he knew that information, which was not publicly
available. When asked if he had ever received any packages from HAN, Z.

ZHANG showed multiple signs of nervous behavior, including his right eye twitching only when discussing HAN, and he was unable to fully explain whether he did or did not receive any packages. A border search of Z. ZHANG's phone revealed a contact for HAN saved on the Chinese social media application WeChat.

52. Z. ZHANG listed HAN as his point of contact in China on his 2025 visa application.

53. Additionally, according to her resume, HAN began her master's at HUST in 2018 and her PhD at HUST in 2020. Her advisor at HUST was Jianfeng Liu, and her PhD research was related to the nervous system regulation of longevity in C. elegans.  According to his resume, Z. ZHANG began his master's at HUST in 2018 and his PhD at HUST in 2019 in the Key Laboratory of Molecular Biophysics, which is directed by Jianfeng Liu. Z. ZHANG's research focus was the aging of C. elegans as it relates to the nervous system. Z. ZHANG also listed HAN as his point of contact in China on his 2025 visa application. Both Z. ZHANG and HAN had publications with Jianfeng Liu focused on C. elegans.

54.  At the conclusion of their inspections with CBP, HSI and Enforcement and Removal Operations (ERO) agents executed administrative warrants for

aliens under Title 8, United States Code. F. ZHANG, Z. ZHANG, and BAI were placed into ERO custody.

55. After F. ZHANG, Z. ZHANG, and BAI were placed in ERO custody, on October 19, 2025, an unknown male purchased (in cash) three Air China airline tickets for F. ZHANG, Z. ZHANG, and BAI, at the Air China ticket counter at JFK for a flight departing JFK for China on October 23, 2025.

56. On October 19, 2025, additional Air China tickets were purchased (in cash) for BAI for a flight departing JFK for Beijing, China, on November 2, 2025, and for Z. ZHANG for a flight departing JFK for Beijing, China on November 3, 2025.

## <u>CONCLUSION</u>

57.  Based on the forgoing, there is probable cause to believe that Xu BAI and Fengfan ZHANG violated 18 U.S.C. §§ 545, 371 (Conspiracy to smuggle goods into the United States), and that Zhiyong ZHANG violated 18 U.S.C. § 1001 (False statements).

Respectfully submitted,


Olivia Winey
Special Agent
Homeland Security Investigations


Sworn to before me and signed in my presence
and/or by reliable electronic means


Honorable David R. Grand
United States Magistrate Judge


Date:   November 4, 2025

24